■ (A) SAVINO FERRARA, Respondent, v. GERMANA CENNAMO, Appellant. (B) In the Matter of MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION, Appellant, v. ELI LUCASH, Respondent.— [In each action] Motion by appellant for a stay, pending appeal, granted, on condition that appellant perfect the appeal and be ready to argue or submit it at the May Term, beginning April 23, 1962; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before April 9, 1962. Ughetta, Acting P. J., Kleinfeld, Christ, Hill and Rabin, JJ., concur.

■ EVELYN ELKIN, Respondent, v. LEO ELKIN, Appellant.— Motion by appellant for reconsideration of motion to dispense with printing denied. Motion by appellant to extend time to perfect appeal granted on condition that he perfect the appeal and be ready to argue or submit it at the May Term, beginning Monday, April 23, 1962; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before April 9, 1962. Ughetta, Acting P. J., Kleinfeld, Christ, Hill and Rabin, JJ., concur.

■ JOHN CANNONE, Appellant, v. VINCENT ESPOSITO, SR., Respondent.— In an action to recover damages for injuries to person and property, plaintiff appeals from a judgment of the Supreme Court, Westchester County, entered May 26, 1961 after a jury trial, which dismissed the complaint at the close of plaintiff's case. Judgment reversed on the law and the facts and a new trial granted, with costs to plaintiff to abide the event. In our opinion, plaintiff made out a prima facie case. It was therefore error to dismiss the complaint as a matter of law. Ughetta, Acting P. J., Christ, Brennan, Hill and Rabin, JJ., concur.